*man, Assistant Attorney General Vanech, Roger P. Marquis* and *Harold S. Harrison* for the United States. ■

No. 459. LAZAROV, DOING BUSINESS AS TENNESSEE METAL PRODUCTS CO. ET AL., *v.* ARNOLD SCHWINN & Co. C. A. 6th Cir. Certiorari denied. *Lovick P. Miles* for petitioner. *Hamilton E. Little* for respondent. ■

No. 460. McKILLOP *v.* IOWA. Supreme Court of Iowa. Certiorari denied. *Clarence I. Spencer* for petitioner. ■

No. 468. MOLETON *v.* UNION PACIFIC RAILROAD CO. ET AL. Supreme Court of Utah. Certiorari denied. *Calvin W. Rawlings* and *Parnell Black* for petitioner. *T. W. Bockes* for respondents. ■

No. 470. ADRIAANSE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Clapp* and *Paul A. Sweeney* for the United States. ■

No. 471. DAVIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Clifton Hildebrand* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States. ■

No. 478. MINE HILL & SCHUYLKILL HAVEN RAILROAD CO. *v.* SMITH, COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Morse Garwood* and *Harold*